UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSEPH MACK, Jr. and ANASTASIA RIVERA,                    :
                                                         :
                                   Plaintiffs,           :
                                                         :          22 Civ. 8950 (JPC)
                  -v-                                    :
                                                         :          ORDER
WILLIAM SHEPARD and BOYD TRANSPORT, LLC                  :
                                                         :
                                   Defendants.           :
                                                         :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      All parties shall appear for a conference before the undersigned on November 1, 2022, at

11:00 a.m.  The Court will conduct the conference via telephone.  At the scheduled time, the parties

should call (866) 434-5269, access code 9176261.  Defendants should be prepared to address why

jurisdiction is proper under 28 U.S.C. § 1332, including why the amount-in-controversy threshold

for diversity jurisdiction is met.  *See Mehlenbacher v. Akzo Nobel Salt, Inc.*, 216 F.3d 291, 296 (2d

Cir. 2000) ("The Supreme Court has long held that separate and distinct claims raised by different

plaintiffs may not be aggregated to satisfy the jurisdictional amount in controversy." (citing *Snyder*

*v. Harris*, 394 U.S. 332, 336 (1969))).

      SO ORDERED.

Dated: October 24, 2022
      New York, New York
                             JOHN P. CRONAN
                       United States District Judge